## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### New Haven DIVISION

-------------------------------------------------

In re:                                              Case No. 10-50534 AHWS

SHAW, JAMES K.
SHAW, STEPHANIE J.                                  (CHAPTER 7)


Debtor(s).

-------------------------------------------------

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

_✓_____  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: 2/25/11

_____

ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

## EXHIBIT A

Case Name:   SHAW, JAMES K.
Case Number:   10-50534

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Chase Bank USA, N.A. c/o Creditors Bankruptcy Service, P.O. Box 740933 Dallas, TX 75374 | 2 | $3,065.05 | | $169.40 |
| Chase Bank USA, N.A. c/o Creditors Bankruptcy Service, P.O. Box 740933 Dallas, TX 75374 | 3 | $5,840.18 | | $322.76 |
| Chase Bank USA, N.A. c/o Creditors Bankruptcy Service, P.O. Box 740933 Dallas, TX 75374 | 4 | $5,274.81 | | $291.51 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $  0.00 | $  783.67 |